**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

———————

No. 02-2321

JEFFREY E. SIMPSON,

Plaintiff, Appellant,

v.

CHERYL GALLANT, ET AL.,

Defendants, Appellees.

———————

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Margaret Kravchuk, U.S. Magistrate Judge]

———————

Before

Selya, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

———————

Jeffrey E. Simpson on brief pro se.
Michael J. Schmidt and Wheeler & Arey, P.A. on brief for appellees.

———————

May 8, 2003

———————

———————

**Per Curiam**.  Jeffrey E. Simpson appeals from the order below granting the defendants' motion for summary judgment and dismissing his civil rights complaint brought pursuant to 42 U.S.C. § 1983. We have reviewed the record, the parties' briefs, and the applicable law, and we discern no reversible error.  Accordingly, we <u>AFFIRM</u> the judgment for essentially the reasons set forth in the magistrate judge's decision entered pursuant to 28 U.S.C. § 636(c). <u>See</u> <u>Simpson</u> v. <u>Gallant et al.</u>, No. 02-15-B-K (D.Me. Sept. 25, 2002).